FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0007

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0007

STATE OF MONTANA,

Plaintiff and Appellee,

vs.

TRAVIS CLINTON PLANTIKO,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 27, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 21 2024